UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
DOV ZEITLIN, individually and on behalf of
all others similarly situated,

         JUDGMENT

      Plaintiff,        20-cv-510 (BMC)

 v.

NICHOLAS PALUMBO; NATASHA PALUMBO;
ECOMMERCE NATIONAL, LLC d/b/a
TOLLFREEDIALS.COM; SIP RETAIL d/b/a
SIPRETAIL.COM; JON KAHEN a/k/a JON KAEN;
GLOBAL VOICECOM, INC.; GLOBAL
TELECOMMUNICATION SERVICES INC.; and
KAT TELECOM, INC.,

      Defendants.
----------------------------------------------------------------X

   A Memorandum, Decision, and Order of the Honorable Brian M. Cogan, United States District Judge, having been filed on April 6, 2021, granting the Kahen defendants' motion to dismiss [29] and the Palumbo defendants' motion to dismiss [30]; and denying the Palumbo defendants' motion for sanctions [30]; it is

   ORDERED and ADJUDGED that Kahen defendants' motion to dismiss [29] and the Palumbo defendants' motion to dismiss [30] are granted; that the Palumbo defendants' motion for sanctions [30] is denied; and that this case is dismissed.

Dated: Brooklyn, New York         Douglas C. Palmer
   April 7, 2021           Clerk of Court

                By: */s/Jalitza Poveda*
                   Deputy Clerk